

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-18-00917-CV

Ziaunnisa K. **LODHI**,
Appellant

v.

Shah A. **HAQUE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI04290
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED. Time is extended until December 11, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court